STATE of Missouri, Respondent,

v.

Brian CARTER, Appellant.

No. 60875.

Missouri Court of Appeals,
Eastern District,
Division One.

July 21, 1992.

Brian Carter, pro se.

Robert P. McCulloch, Pros. Atty., St. Louis, for respondent.

ORDER

PER CURIAM.

Appellant, Brian Carter, appeals from his conviction in the Circuit Court of St. Louis County of changing lanes when movement could not be made with safety. We affirm.

We find no error on the part of the trial court and an extended opinion would have no precedential value. We, therefore, affirm the conviction pursuant to Rule 30.-25(b).

Russell WENGLER, Appellant,

v.

STATE of Missouri, Respondent.

No. 60579.

Missouri Court of Appeals,
Eastern District,
Division One.

July 21, 1992.

Emily N. Blood, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Russell Wengler, appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm.

We have reviewed the transcript, the legal file and the briefs of the parties and find that the findings of fact and conclusions of law of the motion court are not clearly erroneous. As we further find that no jurisprudential purpose would be served by a full opinion, we affirm pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.